## SERVING TIME IN LIEU OF COSTS

1. Do not waive any money until they have completed their time.
2. Keep a list of every defendant and how many days they are to serve.
3. You can call the jail to see how many days they have served.
4. Once they have completed their time you will multiply the days they served times $25.
5. For example if they served 30 days you will waive $750.
6. So subtract that amount from their total cost.
7. It may waive all of their money and may not. If there is still a balance they will need to set up a payment plan to take care of it.
8. You will just put -750 in the Alt. T screen do not break it down and do not put a code next to it. Just leave that part blank.
9. Put next to the amount that the person served ___ many days in jail and the amount is waived.

EXHIBIT 9

## AR REPORT

1. Run the report by going to 7) Other type in AR
2. You will need to hit 2) Change delinquent date to today's date. ←
3. View delinquent accounts
4. Go through every name and see if they need to have a letter sent to them or a bench warrant issued. (Hit Alt V to view the case)
5. If they need a letter then mark the case with O
6. Once you get all the cases marked then you will hit Alt. M to merge the cases that you have marked. *merge & change to O  Bench war- B*  *exit*
7. Then hit Alt. S to select which document you want to print. (Delinquency Notice)
8. Alt P to print the letters
9. Alt O to post to every case
10. Sign all the letters and scan them in Alt T on the line that says Delinquency Notice
11. Print envelopes and send letters

*10 date grace - enter   check date d  
Time then enter*

*#8  
Bench warrants do not print use Letter B  
Alt T-S  
Post - Alt-O*

*Code:  
Bench W iss FTP*

*Escape to - main menu - 2, 2, 1  
BEG + END DATE = current date*

*Run merge before BW merge*

*alt + U - Y  
8 Other  
BATCHMRG - Ent.  
alt U  
C (current date)  
Ent through screen  
Y Ent  
Y  
shrink window  
open Merge Docs - B.W. EXHIBIT W/bond*

*mailing/  
First ht  
merge*

## TAX INTERCEPT (DISBURSE)

You can disburse money after one of two things. Either they sign the letter allowing you to disburse or it has been 60 days. Once one of those things happens you will write down the case number and name. Give that list to Charly so she can disburse the money. Once the money is disbursed recheck the case. If the warrant needs to be recalled then do that. If the money was put into an MR-12 case then you will need to write the vouchers to put in the Henryetta system. When writing the vouchers in the comment spot make sure you put the name and case number first, then type Tax Intercept. Once the vouchers are printed all of that information might not print on it so write it in.

Everyday - voids + disbusment
Adds - once a week

Voids - ship
Disbursement - print report go to each case get on Ltn of rect & press A+T
Held code OTC

Rec'd money - Treasurer go into cases
make recpt, address is updated, TScreen A17L
tax intept collection fee, put amount CL602
Add no-debtor spouse                           CF
      address

EXHIBIT 9

Warrant Collection (Aberdeen Enterprizes)   *daily*

1. Under 7) Other you will type: COLLECT
   1) Select Cases for Collection Agency Process
      Beginning Date: 1-1-1970
      End Date: 1 month prior to today's date
2. You will see a list of names with case numbers. In the very first column under (R) you will see the letter (N) for New or (U) for Update. Anytime the letter (U) is *or (R)* there you will need to select that case by hitting Alt T when you are on that name *for Recall* to add the name to your list you will send.
3. Go through each name by hitting Alt V to view it. If they have not paid off the case then add their name to the list. You will need to go to Alt T to see if the warrant fee has been added to the case. If the $50 to SHF is already there then you don't have to change anything. If it is not there you will need to add $30 to the fee column for SHF. You will need to highlight this case number on the list so you can go back later and change stuff.
4. Once you have selected all the cases then Alt U. It will ask Add __ cases to warrant collection batch? Y It will then say __ cases have been added. Hit enter to continue. Every time you add cases you will need to do this step or you will lose the cases you have already added.
5. After you have all your cases ready to go then you will select 2) Send __ cases to collection agency.
6. After the cases have been sent you will need to post. *hit enter*
7. Then pull up each case by case number and reprint the warrant.
8. Once all warrants are printed sign them all and put the cash bond on them.
9. Send them to a Judge to sign.
10. File stamp and make one copy for Melissa at the Sheriff's office.
11. Scan every warrant into each case under (Bench Warrant New Amount Owed).

*send all then repull 30 before resending*

*mark all case with a y that need to be sent*

*y - change to 30 day*

EXHIBIT 9

## Warrant Collection (Aberdeen Enterprizes)

1. Under 7) Other you will type: COLLECT
    1) Select Cases for Collection Agency Process
    Beginning Date: 1-1-1970
    End Date: 1 month prior to today's date
2. You will see a list of names with case numbers. In the very first column under (R) you will see the letter (N) for New or (U) for Update or (R) for Recall. Anytime the letter (U) is there you will need to select that case by hitting Alt T when you are on that name to add the name to your list you will send.
3. Go through each name by hitting Alt V to view it. If they have not paid off the case then add their name to the list. You will need to go to Alt T to see if the warrant fee has been added to the case. If the $50 to SHF is already there then you don't have to change anything. If it is not there you will need to add $30 to the fee column for SHF. You will need to highlight this case number on the list so you can go back later and change stuff.
4. Once you have selected all the cases then Alt U. It will ask Add __ cases to warrant collection batch? Y It will then say __ cases have been added. Hit enter to continue. Every time you add cases you will need to do this step or you will lose the cases you have already added.
5. After you have all your cases ready to go then you will select 2) Send __ cases to collection agency.
6. After the cases have been sent you will need to post.
7. Then pull up each case by case number and reprint the warrant.
8. Check with your printout to make sure you printed all the warrants.
9. Once all warrants are printed sign them all and put the cash bond on them.
10. Send them to a Judge to sign.
11. File stamp and make one copy for Melissa at the Sheriff's office.
12. Scan every warrant into each case under (Bench Warrant New Amount Owed).

EXHIBIT 9

## PROTECTIVE ORDERS

1. You will get a list of PO's to go over.
2. You will need to put in the Alt. S box the payment plan and whether the plaintiff or defendant has to pay.
3. If it's the Plaintiff then put in TAX INTERCEPT PLAINTIFF PAYS ALL
4. When you put the payment plan in put P in the person column.
5. If the defendant pays then just put the payment plan in and type in DEFENDANT PAYS COSTS in the Comment box.

EXHIBIT 9

## PAYMENT PLANS (RULE 8)

1. When defendant comes in check both Kellpros Okmulgee and Henryetta to get all of their cases.
2. Update their address.
3. Number all of their cases for the pay order.
4. Go to Alt. S on the last case and put in payment plan (CST: BEG;)
5. Hit Alt. E to edit the plan and put in the start date and amount.
6. If another cases pops up saying there is a payment plan in another case; go to that case and X out the plan and put the date the plan was put in.
7. Once the payment plan is complete print it out and put in the total amount and sign it.
8. Have the defendant sign then make them a copy.
9. Put aside to have the Judge sign.
10. Once you have it back from the Judge scan it in on the last case on the pay order under Rule 8 Payment Plan.

EXHIBIT 9

## TAX INTERCEPT

1. When you get the sheet that says (ACH Warehouse Inquiry) from the Treasurer's office you will need to match the amount with the printout from your email. You cannot receipt any money in the system until you get that printout from that office.

   On the printout from your email:

2. Go to each case and update address.
3. Add the collection fee in the Alt. T screen using Alt. L (Tax Intercept Collection Fee)
4. 
5. You will need to pull the report.....Other: INTRCPT   1. Process Intercept Cases, Repull Data? Yes
6. Find the name on the list you will have to just hit Page Up and Page Down to find the name. Once you locate the name in the (N) column for Next Action you will put an N there for Notice.
7. Once you have placed an N on all the names then you will Alt U then go to 3) Notices hit enter and put in today's date.
8. Print Notices and post to all cases.
9. Make sure all your amounts match before signing the letters.
10. Scan letter into Alt. T
11. Mail letter to defendant

To add defendant's to the Tax Intercept list you will need to pull the report and go through each individual name. If they are behind on their payments you can add them by placing an A in the (N) column.

When receipting money into the system FROM: Oklahoma Tax Commission you will also put OTC in the HELD code. The type of money is EFT for Electronic Funds Transfer. Then type the total amount. If it is a multiple receipt then list cases accordingly. You will not have a check number but put State Treasurer in the bank space. It will not ask you to disburse so you don't have to worry about that.

**If the case is a Protective Order and the money is coming from the Plaintiff do NOT forget to put (P) in the person type. Or the money will show that it is from the Defendant.

EXHIBIT 9

## DAILY DUTIES

1. Check email for recalls from Aberdeen Enterprizes
    If there is a recall write down the name and case number on a recall sheet.
    Go to the case and recall warrant in Alt. S
    Fax recall sheet

2. Look for emails from donotrepl@oscn.net that says "Funds Electronically Transferred"
    Open email and print table from Excel.
    Set aside for when you do Tax Intercept stuff.

    *State Finance*
    *1-405-522-4256*

3. Payment plans that come in or call.

    *Brenda Warren*
    *1-405-556-9879*
    *877-532-0114*
    *AOC*

4.

EXHIBIT 9

Disb kept - Work from disb. rept.

OTC - tax

Go to each case & get on the
OTC Rec Kwi
press Alt+T
(on any case that does not pay off
9 of actual disb $ will over
go to RATES screen
today's date.    Tax WT BAL DUE WT

Main Menu
2
2
1
Date: Tax Out Bal due Notice
Beg Date: today
End Date: today
Alt+U
Y
8
BATCHNES
Alt+U
Post Date: - today
< > > > > >

#7
INTRCPT
#1 - yes
Alt+G to each name
mark the "N" column with a
after all all marked
ESC
#3 Notices
today's date
first legal / contact - Print & mail
Y to post
Alt+U
Y
give r Joan a copy -

EXHIBIT 9